IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL LOPEZ-MOLINA<br>Plaintiff<br>vs<br>UBS FINANCIAL SERVICES OF PUERTO RICO; UNKNOWN CORPORATIONS XYZ; INSURANCE COMPANY ABC; JOHN DOE; JANE DOE<br>Defendants | CIVIL 17-1139CCC |

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this same date, JUDGMENT is hereby entered DISMISSING, without prejudice, all of plaintiff's claims (d.e. 2) against defendants UBS Financial Services of Puerto Rico, John and Jane Doe, Unknown Corporations XYZ and Insurance Company ABC.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 2, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge